[No. 27774-3-II.   Division Two.   June 17, 2003.]

DONALD WILLET, *Appellant,* v. THE WESTERN WASHINGTON FAIR ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-10718-6, John A. McCarthy, J., entered July 20, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 27823-5-II.   Division Two.   June 17, 2003.]

*In the Matter of the Marriage of* JACQUELINE Y. AL-SAFRAN, *Respondent,* and ADNAN M. AL-SAFRAN, *Appellant.*

Appeal from judgments of the Superior Court for Pierce County, No. 00-3-00450-7, Sergio Armijo, J., entered August 10 and September 7, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28447-2-II.   Division Two.   June 17, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS DERISE CORBRAY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04411-9, John A. McCarthy, J., entered February 1, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28648-3-II.   Division Two.   June 17, 2003.]

DUANE WARE, ET AL., *Appellants,* v. TERRENCE TYLER, ET AL., *Respondents.*

Appeal from judgments of the Superior Court for Pierce County, No. 00-2-09157-1, Vicki L. Hogan, J., entered March 22 and April 5, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.